```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DARIN OLIVER,                              :        10 Civ. 3644 (SHS)

                    Plaintiff,        :

    -against-                                 :        ORDER

SURGE TRADING, INC.,                       :

                   Defendant.        :

------------------------------------------------------------------x

        A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

        1.     The last day to amend the pleadings is August 6, 2010;

        2.     The last day for the parties to exchange document requests and interrogatories is August 27, 2010;

        3.     Depositions shall be completed on or before October 15, 2010;

        4.     There will be a mid discovery status conference on October 29, 2010, at 10:00 a.m.; and

        5.     The last day for completion of fact discovery is January 28, 2011.

Dated: New York, New York
       July 8, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.